UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re:

CHRISTOPHER M. CHESNUT,

Debtor.

Case No. 16-00968-TLM

Chapter 7

**STIPULATED ORDER GRANTING MOTION FOR 2004 EXAMINATION OF DEBTOR**

Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004.1(b)(3), upon consideration of the Motion for 2004 Examination of Debtor, filed by CWI, Inc.; Japheth, LLC; and Camping World RV Sales, LLC (collectively, "**Movants**"), on August 11, 2016, [Docket No. 14] ("**Motion**"), with notice of the Motion having been given in accordance with applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, and good cause existing:

Debtor Christopher M. Chesnut ("**Debtor**"), by and through his attorneys of record, Law Offices of D. Blair Clark, PC, and Movants, by and through their attorneys of record, Hawley Troxell Ennis & Hawley, LLP, hereby stipulate to this Order Granting Motion for 2004 Examination of Debtor.

IT IS HEREBY ORDERED, AND THIS DOES ORDER that the Motion is hereby granted, to include the following terms:

1. Movants are authorized to conduct an examination of Debtor in accordance with Rule 2004 of the Rules of Bankruptcy Procedure.

2. Debtor is hereby ordered and directed to appear on August 25, 2016, at 1:00 p.m., and continuing thereafter from day to day until the taking of the examination may be adjourned at the offices of Hawley Troxell Ennis & Hawley LLP, 877 West Main Street, Suite 1000, Boise, Idaho, or at such other date, time and place as may be agreed upon in writing by counsel for Debtor and Movants, then and there to: (i) to give testimony relating to subjects set forth in the Motion; and (ii) produce for inspection and copying the records identified on Exhibit A attached to the Motion.

DATED: August 23, 2016



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Stipulated and Approved by:

/s/ (e-mail approval)
Jeffrey P. Kaufman
Law Offices of D. Blair Clark, PC
Attorneys for Debtor


/s/ Beth Coonts
Beth Coonts
Hawley Troxell Ennis & Hawley LLP
Attorneys for CWI, Inc.; Japheth, LLC; and Camping World RV Sales, LLC