# Notice Recipients

District/Off: 0976–1   User: arutter   Date Created: 8/24/2016
Case: 16–00968–TLM   Form ID: pdf067   Total: 2

**Recipients of Notice of Electronic Filing:**
ust   US Trustee   ustp.region18.bs.ecf@usdoj.gov
                                                                                         TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Christopher M Chesnut   5305 W. Demison Ct.   Eagle, ID 83616
                                                                                         TOTAL: 1