Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re:<br><br>CHESNUT, CHRISTOPHER M<br><br><br>Debtor | CHAPTER 7<br><br>CASE NO.  16-00968-TLM |
|---|---|

**NOTICE OF SALE BY TRUSTEE**

TO THE DEBTORS, DEBTORS ATTORNEY, CREDITORS AND OTHER PARTIES IN INTEREST:

　　PLEASE TAKE NOTICE THAT the undersigned Trustee will sell the below described property in which the above entitled estate claims an interest pursuant to 11 U.S.C. § 363, Fed. R. Bankr. P. 6004(b).  <u>This sale will be final unless a written objection and request for hearing is received by the U.S. Bankruptcy Court (located at 550 West Fort Street, Boise, ID 83724) and the Trustee on or before twenty-one (21) days from the date of this notice.</u>

1.　　DESCRIPTION OF PROPERTY TO BE SOLD:

　　　　One (1) 2014 Arctic Cat snowmobile – VIN #4UF14SNW8ET105823
　　　　One (1) 2011 Kawasaki dirt bike – VIN #JKAKXGEC8BA022609
　　　　One (1) 2010 Yamaha motorcycle –VIN #JYACJ15C5AA005737
　　　　One (1) 2004 Aruba travel trailer – VIN #1SABS02N631GG9540

2.　　TYPE OF SALE:
　　　Public Auction

3.　　TERMS OF SALE:
　　　The property shall be sold to the highest bidder in cash.  Property offered for sale is subject to change prior to sale.

4.　　TIME AND PLACE OF SALE:
　　　Sale will be by public auction to the highest bidder in cash, on November 12, 2016, beginning at 10:00 a.m. at 547 E. Stagecoach Road, Kuna, Idaho 83634.

5. <u>TREATMENT OF EXISTING LIENS:</u>
   Trustee is of the information and belief that Farm Bureau Finance claims a lien in the approximate amount of $3,028.90 in the 2014 Arctic Cat Snowmobile. Trustee may immediately pay Farm Bureau Finance's lien upon completion of the sale without further notice and hearing.

6. <u>VALUE OF PROPERTY TO BE SOLD:</u>
   In the opinion of the Trustee, the sale will determine the reasonable liquidation value of the property.

7. <u>AUTHORITY FOR CONDUCTION SALE:</u>
   11 U.S.C. § 363(b)

8. <u>MISCELLANEOUS INFORMATION:</u>
   This sale shall be effective immediately and the fourteen day stay imposed by Rule 6004(h) and other rules is hereby waived.

   The sale proceeds will be subject to a proposed auctioneer commission, buyer's premium, and related costs as approved by the Court.

   If required, sale may be continued from time to time or place to place without further notice.

9. <u>ADDITIONAL TERMS OF SALE:</u>
   The property is sold "AS IS", "WHERE IS", and without warranty of any nature whatsoever, either express or implied.

   Any model years and information listed is not a representation by the Trustee, but is provided to assist purchasers and is based upon the Trustee's best information and belief. Purchasers are deemed to have conducted their own inspection and should not rely on descriptive information provided herein.

   Property offered for sale is subject to change or withdrawal prior to sale.

Date:  October 17, 2016

/s/  Noah G. Hillen
Noah G. Hillen,
Chapter 7 Trustee

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date as indicated below, I electronically filed the *Notice of Sale* with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals with the term "ECF" noted next to their name.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) [either listed below or on the attached list].

*\*Electronic Notification*

U.S. TRUSTEE
*ECF:* ustp.region18.bs.ecf@usdoj.gov

Kaufman, Jeffrey Philip
jeffrey@dbclarklaw.com

*Served by U.S. MAIL*

Christopher Chesnut
5305 W. Demison Ct.
Eagle, ID 83616

/S/  Noah G. Hillen
Chapter 7 Bankruptcy Trustee
Date: 10/17/2016
