```
Label Matrix for local noticing        (p)ADA COUNTY ADA COUNTY TREASURER      CCI Construction, Inc.
0976-1                                 200 W FRONT STREET                      1342 E. Covey Run Court
Case 16-00968-TLM                      1ST FLOOR                               Eagle, ID 83616-4273
District of Idaho  [LIVE]              BOISE ID 83702-7300
Boise
Mon Oct 17 10:47:10 MDT 2016

c/o Beth Coonts CWI, Inc.              CWI, Inc.                               c/o Beth Coonts Camping World RV Sales, LLC
Hawley Troxell Ennis & Hawley, LLP     1355 Tara St.                           Hawley Troxell Ennis & Hawley, LLP
877 Main Street, Suite 1000            Idaho Falls, ID 83402-4506              877 Main Street, Suite 1000
Boise, ID 83702-5884                                                           Boise, ID 83702-5884


Camping World RV Sales, LLC            Christopher M Chesnut                   Consolidated Electrical
1355 Tara St.,                         5305 W. Demison Ct.                     Distributors, Inc.
Idaho Falls, ID 83402-4506             Eagle, ID 83616-5517                    PO Box 5580
                                                                               Kent, WA 98064-5580


Beth Liana Coonts                      DePatco                                 Doolittle Law, Chtd
Hawley Troxell Ennis & Hawley          2205 East 200 North                     PO Box 9385
877 Main Street, Suite 1000            Saint Anthony, ID 83445-5602            Boise, ID 83707-3385
Boise, ID 83702-5884


Edge, LLC                              Electrical Wholesale Supply             Electrical Wholesale Supply Co., Inc
1977 E. Overland Rd.                   PO Box 50660                            c/o Gregory L. Crockett
Meridian, ID 83642-6649                Idaho Falls, ID 83405-0660              428 Park Avenue
                                                                               Idaho Falls, ID 83402-3609


Farm Bureau Finance                    Farm Bureau Finance Company             Fuller & Beck Law Offices
4122 E Cleveland Blvd.                 PO Box 669                              410 Memorial Drive, Ste. 201
Caldwell, ID 83605-6567                Caldwell, ID 83606-0669                 Idaho Falls, ID 83402-3607


Hawley Troxell Ennis &Hawley           Noah G. Hillen                          Home Depot
Attn: Lynnette Davis                   P.O. Box 6538                           PO Box 5029
PO Box 1617                            Boise, ID 83707-6538                    The Lakes, NV 88901-0001
Boise, ID 83701-1617


Hopkins Roden Crocket                  (p)IDAHO CENTRAL CREDIT UNION           Idaho Department of Labor
Hansen & Hoopes, PLLC                  PO BOX 2469                             317 W. Main Street
425 Park Avenue                        POCATELLO ID 83206-2469                 Boise, ID 83735-0002
Idaho Falls, ID 83402-3608


Idaho State Tax Commission             Internal Revenue Service                Interstate Electric Supply
PO Box 36                              PO BOX 7346                             415 N. Phillippi
Boise, ID 83707-0036                   Philadelphia, PA 19101-7346             Boise, ID 83706-1425


Interstate Electric Supply             c/o Beth Coonts Japeth, LLC             Japheth, LLC
Attn:  Tim Young                       Hawley Troxell Ennis & Hawley, LLP      971 E. Winding Creek Dr.,
PO Box 8006                            877 Main Street, Suite 1000             Suite 117
Boise ID 83707-2006                    Boise, ID 83702-5884                    Eagle, ID 83616-7250
```

| | | |
|---|---|---|
| Johnson Mark, LLC<br>3023 E. Copper Point Dr.#102<br>Meridian, ID 83642-9290 | Jeffrey Philip Kaufman<br>Law Office of D. Blair Clark, PLLC<br>1513 Tyrell Lane<br>Suite 130<br>Boise, ID 83706-4255 | Mountain West Bank<br>802 W. Bannock Street<br>Suite 1100<br>Boise, ID 83702-5848 |
| (p)PIONEER FEDERAL CREDIT UNION<br>ATTN TAMMY LAW<br>250 W 3 S<br>MOUNTAIN HOME ID 83647-2640 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Royal Wholesale Electric<br>PO Box 14004<br>Orange, CA 92863-1404 |
| Scott Hookland, LLP<br>PO Box 23414<br>Portland, OR 97281-3414 | State of Idaho Dept of Health & Welfare<br>Child Support Services<br>150 Shoup Ste 14<br>Idaho Falls ID 83402-3653 | Sterns Lending<br>PO Box 60509<br>City of Industry, CA 91716-0509 |
| TItleOne Exhange Company<br>1101 W. River Street, # 201<br>Boise, ID 83702-7068 | The Hartford<br>277 Park Ave<br>New York, NY 10172-3003 | US Trustee<br>Washington Group Central Plaza<br>720 Park Blvd, Ste 220<br>Boise, ID 83712-7785 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ada County Treasurer<br>200 W. Front St.<br>PO Box 2868<br>Boise, ID 83701 | Idaho Central Credit Union<br>PO Box 2469<br>Pocatello, ID 83206 | Pioneer Federal Credit Union<br>250 W 3rd South<br>Mountain Home, ID 83647-2640 |
| (d)Pioneer Federal Credit Union<br>250 W. 3rd South<br>Mountain Home, ID 83647 | Portfolio Recovery Assoc.<br>PO BOX 12914<br>Norfolk, VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Noah G. Hillen<br>P.O. Box 6538<br>Boise, ID 83707-6538 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     1<br>Total                   42 |