# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−1 | User: arutter | Date Created: 11/18/2016 |
| Case: 16−00968−TLM | Form ID: odxmp | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust     US Trustee      ustp.region18.bs.ecf@usdoj.gov
aty     Jeffrey Philip Kaufman      jeffrey@dbclarklaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Christopher M Chesnut       5305 W. Demison Ct.      Eagle, ID 83616

TOTAL: 1