UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:

Chesnut, Christopher,

Debtor.

Case No. 16-00968-TLM
Chapter 7

**Order Authorizing Trustee to Sell Property of the Estate**

This matter came before the Court on the Notice of Sale by Trustee (the "Notice") (Dkt. No. 34), filed by Noah Hillen (the "Trustee") on October 17, 2016 and the Affidavit of Trustee in Support of Order Approving Unopposed Sale (Dkt. No. 48).

Pursuant to 11 U.S.C § 363(b), and for good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That the Trustee is hereby authorized to sell a 2004 Aruba travel trailer - VIN #1SABS02N631GG9540 (the "Vehicle") to Rozilyn Story, located at 988 W. King Rd., Kuna, ID 83634, for the gross purchase price of $7,590.00.

2. To facilitate such sale, the Idaho Transportation Department shall issue a certificate of title for the Vehicle,  VIN #1SABS02N631GG9540, in the name of Christopher M. Chesnut, with no lienholder.  The certificate of title shall be issued in care of Noah G. Hillen, P.O. Box 6538, Boise ID, 83707.

3. The sale of the Vehicle shall be "AS IS WHERE IS" without warranty of any kind from the Trustee or bankruptcy estate;

4. This sale shall be effective immediately and the stay imposed by Rule 6004(h) and other rules is hereby waived;

// end of text //

DATED:  December 1, 2016

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Order submitted by Noah G. Hillen, Chapter 7 Bankruptcy Trustee