Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

In Re:

CHESNUT, CHRISTOPHER M

Debtor

Case No. 16-00968-TLM
Chapter 7

**REPORT OF SALE BY TRUSTEE**

   The Trustee has sold the following property of the estate, and pursuant to Bankruptcy Rule 6004(f)(1), makes this report of sale.

1. **DESCRIPTION OF PROPERTY SOLD**:
   One (1) 2014 Arctic Cat snowmobile – VIN #4UF14SNW8ET105823 (Lot #115)
   One (1) 2011 Kawasaki dirt bike – VIN #JKAKXGEC8BA022609 (Lot #130)
   One (1) 2010 Yamaha motorcycle –VIN #JYACJ15C5AA005737 (Lot #135)
   One (1) 2004 Aruba travel trailer – VIN #1SABS02N631GG9540 (Lot #315)

2. **DATE AND TIME OF SALE**:  November 12, 2016 at 10:00 a.m.

3. **NAME AND ADDRESS OF BUYER:**
   Schroeder Ent. Inc., 1825 E. Spirit Hawk Ln., Kuna, ID  83634 (Lot #115)
   Sunset Motors, 2324 Fairview Ave., Boise, ID 83702 (Lot #130)
   Herbert Nachtigall, 4115 Spaulding, Boise, ID 83706 (Lot #135)
   Rozilyn Storey, 988 W. King Road, Kuna, ID 83634 (Lot #315)

4. **ACCOUNTING OF SALE PROCEEDS**:

Sales Price:  $15,200.00 + (10%) Buyer's Premium $1,520.00 = $16,720.00 (Total Sale Price)

| | **Total Sale Price:** | **$16,720.00** |
|---|---|---|
| (-) | Auctioneer's Commission (10%): | $1,520.00 |
| (-) | Buyer's Premium: | $1,520.00 |
| (-) | Auctioneer's Expenses: | $340.00 |
| (-) | Lien in 2014 Arctic Cat snowmobile: | $3,060.06 |

**REPORT OF SALE BY TRUSTEE - 1**

(=) **NET AMOUNT TO ESTATE:**     $10,279.94

Trustee certifies that this report is true and correct to the best of the Trustee's knowledge.

Date:  December 2, 2016

/s/ Noah G. Hillen
Noah G. Hillen
Chapter 7 Bankruptcy Trustee

Case 16-00968-TLM    Doc 50    Filed 12/02/16    Entered 12/02/16 08:19:59    Desc Main
                          Document      Page 2 of 3

**REPORT OF SALE BY TRUSTEE - 2**

## CERTIFICATE OF SERVICE

       I hereby certify that on this date as indicated below, I electronically filed the foregoing **REPORT OF SALE BY TRUSTEE** with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals so noted below.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification*

**US Trustee**   ustp.region18.bs.ecf@usdoj.gov
Kaufman, Jeffrey Philip       jeffrey@dbclarklaw.com

*Served by U.S. MAIL*

Christopher Chesnut
5305 W. Demison Ct.
Eagle, ID 83616

                      /s/ Noah G. Hillen
                      Noah G. Hillen
                      Date: December 2, 2016

**REPORT OF SALE BY TRUSTEE - 3**