CORBETT AUCTIONS & APPRAISALS, INC.
PO BOX 191261
BOISE, ID 83719
(208) 888-9563 or 1-888-442-4333
www.CorbettAuctions.com

Statement Date: 11-26-16

CASE NO.
CHESNUT

CHAPTER 7 TRUSTEE: NOAH G. HILLEN

**Statement**
Sold at Auction of : NOVEMBER 12TH, 2016

| Lot | Description | Qty | Bid Price | Buyers Premium | Total Price | Seller Fee | Net to Seller |
|---|---|---|---|---|---|---|---|
| 115 | 2014 ARCTIC CAT M8000 4UF14SNW8ET105823 | 1 | $4,200.00 | $420.00 | $4,620.00 | $420.00 | $3,780.00 |
| 130 | 2011 KAWASAKI KX560 JKAKXGEC8BA022609 | 1 | $1,900.00 | $190.00 | $2,090.00 | $190.00 | $1,710.00 |
| 135 | 2010 YAMAHA YZ450 JKAKXGEC8BA022609 | 1 | $2,200.00 | $220.00 | $2,420.00 | $220.00 | $1,980.00 |
| 315 | 2004 ARUBA RV 1SABS02N631GG9540 | 1 | $6,900.00 | $690.00 | $7,590.00 | $690.00 | $6,210.00 |
| | TOTALS | | $15,200.00 | $1,520.00 | $16,720.00 | $1,520.00 | $13,680.00 |

| | |
|---|---|
| Bid Price: | 15,200.00 |
| Buyers Premium: | 1,520.00 |
| **Gross Sale Price** | **16,720.00** |

**NUMBER OF REGISTERED BIDDERS= 285

| | |
|---|---|
| Less Buyers Premium: | 1,520.00 |
| Less Fee: | 1,520.00 |
| **Total Due to Seller** | **13,680.00** |

**EXPENSES:**

| | |
|---|---|
| PICKUP/DELIVERY | $220.00 |
| WASH/DETAILING | $120.00 |
| | $0.00 |
| **TOTAL EXPENSES** | **$340.00** |
| **NET DUE TO SELLER** | **$13,340.00** |

**BUYER:**

115  SCHROEDER ENT. INC
     1825 E. SPIRIT HAWK LN.
     KUNA, ID 83634
     208-941-3061

130  SUNSET MOTORS
     2324 FAIRVIEW AVE
     BOISE, ID 873702
     208-344-8735

135  HERBERT NACHTIGALL
     4115 SPAULDING
     BOISE, ID 83708
     208-884-0500

315  ROZILYN STOREY
     988 W. KING RD.
     KUNA, ID 83634
     530-949-8435