UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In re: | Case Number 16-00968-TLM |
|---|---|
| Christopher M. Chesnut dba CC Electric | Chapter 7 |
| Debtor. | |

**ORDER FOR RELIEF FROM STAY BY S**TEARNS **L**ENDING

Upon consideration of the record before this Court and the Motion for Relief from the Automatic Stay filed by Stearns Lending ("Movant"), Docket #<u>60</u> ("Motion"), with notice of the Motion having been given in accordance with the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, and no objections having been raised, and good cause existing:

**IT IS HEREBY ORDERED:**

The automatic stay imposed by 11 U.S.C. § 362(a) is hereby terminated as to Movant and to the subject property described as:

Real property located at 5305 West Demison Court, Eagle, ID, 83616 and legally described as follows:

Lot 10, Block 12, Eaglefield Estates Subdivision No. 1, according to the plat thereof, filed in Book 100 of Plats at page(s) 13150-13157, records of Ada County, Idaho.

//
//
//

Order Granting Relief from Stay - P. 1

***IT IS FURTHER ORDERED** that the 14 day stay imposed by F.R.B.P. 4001(a)(3) is hereby waived and this order shall be effective immediately.

//end of text//

DATED:  May 26, 2017



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by:

 /s/ James Miersma
James Miersma, ISB# 6549
Attorney for Stearns Lending