# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–1 | User: arutter | Date Created: 5/26/2017 |
| Case: 16–00968–TLM | Form ID: pdf017 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust     US Trustee     ustp.region18.bs.ecf@usdoj.gov
aty     Jeffrey Philip Kaufman     jeffrey@dbclarklaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Christopher M Chesnut     5305 W. Demison Ct.     Eagle, ID 83616

TOTAL: 1