Derrick J. O'Neill #4021
James K. Miersma #6549
jmiersma@rcolegal.com

Attorneys for Wells Fargo Bank, N.A

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| IN RE: | CHAPTER 13 BANKRUPTCY |
|---|---|
| ALL PENDING DEBTORS | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| Debtor. | ALL PENDING CASE NUMBERS |

TO:      THE CLERK OF THE COURT
AND TO:  ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that James K Miersma, withdraws as attorney in all pending cases in the district of Idaho in which he appears for Routh Crabtree Olsen, P.S. and/or RCO Legal, P.S. and that the undersigned attorney is hereby substituted as counsel for Creditor.

You are requested to serve all further pleadings, other than process, at the following address:

RCO Legal, P.S. 13555 SE 36th St., Suite 300, Bellevue, WA 98006.

Dated: 11-16-17.

Withdrawing Attorney:

*/s/ James K Miersma*
James K Miersma, ISB# 6549

Substituting Attorney:

*/s/ Janaya L Carter*
Janaya L Carter, ISBA# 8226

Notice of Withdrawal and Substitution of Counsel
Page - 1

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:   425.458.2131