**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

In re: CHESNUT, CHRISTOPHER M. § Case No. 16-00968-TLM
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Noah G. Hillen, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $425,110.95 | Assets Exempt: | $148,546.14 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $32,532.90 | Claims Discharged Without Payment: | $195,602.37 |
| Total Expenses of Administration: | $8,775.20 | | |

3) Total gross receipts of $42,237.98 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $929.88 (see **Exhibit 2**), yielded net receipts of $41,308.10 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $320,625.12 | $60,716.72 | $3,060.06 | $3,060.06 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $8,775.20 | $8,775.20 | $8,775.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $6,473.76 | $6,473.76 | $6,473.76 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $200,555.09 | $173,790.80 | $173,790.80 | $22,999.08 |
| **TOTAL DISBURSEMENTS** | $521,180.21 | $249,756.48 | $192,099.82 | $41,308.10 |

4) This case was originally filed under chapter 7 on 07/27/2016.  The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/18/2017            By: /s/ Noah G. Hillen
                                   Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR ( 10 /1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2015 Tax Refunds | 1224-000 | $580.00 |
| 2004 23 ft. Camp Trailer. Entire property value: $4,000.00 | 1129-000 | $7,590.00 |
| Retained funds from Zelham | 1229-000 | $7,285.55 |
| Preferential Transfer Recovery - Electric Wholesale and Supply | 1141-000 | $9,937.98 |
| 2010 Yamaha Dirtbike. Entire property value: $3,000.00 | 1129-000 | $2,420.00 |
| 2014 Artie Cat Snowmobile. Entire property value: $7,000.00 | 1129-000 | $4,620.00 |
| Checking: Glacier Bank xxx881 | 1129-000 | $7,714.45 |
| 2011 Kawasaki 450 Dirtbike. Entire property value: $3,000.00 | 1129-000 | $2,090.00 |
| **TOTAL GROSS RECEIPTS** | | **$42,237.98** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Janine Reynard, Trustee for #16-00967-TLM | $936.90 garnished from Superior Services, Inc. bank account, less prorated Sheriff Fee totaling $7.02 | 8500-002 | $929.88 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$929.88** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Farm Bureau Finance Company | 4210-000 | $6,000.00 | $3,021.93 | $3,060.06 | $3,060.06 |
| 8 | Mountain West Bank | 4110-000 | $55,789.00 | $57,694.79 | $0.00 | $0.00 |
| N/F | Ada County Treasurer | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Pioneer Federal Credit Union | 4110-000 | $30,000.00 | NA | NA | NA |
| N/F | Sterns Lending | 4110-000 | $228,836.12 | NA | NA | NA |
| | **TOTAL SECURED** | | **$320,625.12** | **$60,716.72** | **$3,060.06** | **$3,060.06** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Noah G. Hillen | 2100-000 | NA | $4,880.81 | $4,880.81 | $4,880.81 |
| Trustee, Expenses - Noah G. Hillen | 2200-000 | NA | $104.79 | $104.79 | $104.79 |
| Auctioneer Fees - Corbett Auctions & Appraisals, Inc. | 3610-000 | NA | $3,040.00 | $3,040.00 | $3,040.00 |
| Auctioneer Expenses - Corbett Auctions & Appraisals, Inc. | 3620-000 | NA | $340.00 | $340.00 | $340.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $409.60 | $409.60 | $409.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$8,775.20** | **$8,775.20** | **$8,775.20** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | State of Idaho Dept of Health & WelfareChild Support Services | 5100-000 | NA | $51.52 | $51.52 | $51.52 |
| 5-2 | Internal Revenue Service | 5800-000 | $0.00 | $6,106.44 | $6,106.44 | $6,106.44 |
| 10P | Idaho State Tax Commission | 5800-000 | $0.00 | $315.80 | $315.80 | $315.80 |
| N/F | Idaho Department of Labor | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$6,473.76** | **$6,473.76** | **$6,473.76** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Electrical Wholesale Supply Co., Inc c/o Gregory L. Crockett | 7100-000 | $120,000.00 | $9,799.81 | $9,799.81 | $1,297.44 |
| 3 | Interstate Electric Supply Attn: Tim Young | 7100-000 | $4,975.44 | $5,191.44 | $5,191.44 | $687.32 |
| 6 | Japheth, LLC c/o Beth Coonts Hawley Troxell Ennis & Hawley, LLP | 7100-000 | $0.00 | $142,235.16 | $142,235.16 | $18,831.10 |
| 7 | Department Store National Bank | 7100-000 | NA | $859.07 | $859.07 | $113.74 |
| 9 | Idaho Central Credit Union | 7100-000 | $30,769.00 | $15,631.32 | $15,631.32 | $2,069.48 |
| 10U | Idaho State Tax Commission | 7300-000 | $0.00 | $74.00 | $74.00 | $0.00 |
| N/F | CCI Construction, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CWI, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Camping World RV Sales, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Consolidated Electrical | 7100-000 | $4,494.12 | NA | NA | NA |
| N/F | DePatco | 7100-000 | $16,000.00 | NA | NA | NA |
| N/F | Edge, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Home Depot | 7100-000 | $11,000.00 | NA | NA | NA |
| N/F | Portfolio Recovery Assoc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Portfolio Recovery Assoc. | 7100-000 | $4,383.53 | NA | NA | NA |
| N/F | Royal Wholesale Electric | 7100-000 | $518.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | The Hartford | 7100-000 | $8,415.00 | NA | NA | NA |
| N/F | TItleOne Exhange Company | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$200,555.09** | **$173,790.80** | **$173,790.80** | **$22,999.08** |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | Exhibit 8 |
|---|---|---|
| | Form 1 | Page: 1 |
| | **Individual Estate Property Record and Report** | |
| | **Asset Cases** | |

Case No.: 16-00968-TLM  
Case Name: CHESNUT, CHRISTOPHER M.  
For Period Ending: 12/18/2017

Trustee Name: (320140) Noah G. Hillen  
Date Filed (f) or Converted (c): 07/27/2016 (f)  
§ 341(a) Meeting Date: 09/01/2016  
Claims Bar Date: 12/01/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5305 W. Demison Ct., Eagle, ID 83616-0000, Ada County<br>Entire property value: $345,419.00 | 345,419.00 | 0.00 | | 0.00 | FA |
| 2 | 2014 GMC Sierra. Entire property value: $30,000.00 | 30,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2014 Jee Cherokee. Entire property value: $18,500.00 | 18,500.00 | 0.00 | | 0.00 | FA |
| 4 | 2001 Yamaha 650 Street Bike vstar. Entire property value: $2,000.00 | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2014 Artie Cat Snowmobile. Entire property value: $7,000.00<br>Payoff of $3,028.90 as of 9/24/16, with 41 cent per diem. | 7,000.00 | 3,171.10 | | 4,620.00 | FA |
| 6 | 2010 Yamaha Dirtbike. Entire property value: $3,000.00 | 3,000.00 | 2,300.00 | | 2,420.00 | FA |
| 7 | 2011 Kawasaki 450 Dirtbike. Entire property value: $3,000.00<br>Amended to 2011 Kawasaki, not 2010 - Doc #31 | 3,000.00 | 2,300.00 | | 2,090.00 | FA |
| 8 | 2004 23 ft. Camp Trailer. Entire property value: $4,000.00 | 4,000.00 | 3,100.00 | | 7,590.00 | FA |
| 9 | Stove ($400), refrigerator ($400), dishwasher ($150), sofa ($150), dining table ($250), hot tub ($500), 2 bed frames ($100 ea.), linens, towels, dishes, & kitchenware ($300), 3 bar stools ($25 ea.), 2 beds ($75 ea.), Stereo and 3 tvs ($1,000), 2 bicycles ($250 ea.), pool table & accessories ($500), golf clubs ($100), tools ($500), | 5,075.00 | 0.00 | | 0.00 | FA |
| 10 | 1 computer, 1 laptop, 1 printer/scanner, 2 cell phones, 1 phone system, 1 desk, 1 chair, 1 file cabinet | 600.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 16-00968-TLM | Trustee Name: | (320140) Noah G. Hillen |
| --- | --- | --- | --- |
| Case Name: | CHESNUT, CHRISTOPHER M. | Date Filed (f) or Converted (c): | 07/27/2016 (f) |
| | | § 341(a) Meeting Date: | 09/01/2016 |
| For Period Ending: | 12/18/2017 | Claims Bar Date: | 12/01/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | ---: | ---: | --- | ---: | --- |
| 11 | BB gun ($10) | 10.00 | 0.00 | | 0.00 | FA |
| 12 | 1 rifle | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Everyday clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 14 | 20% interest in Thoroughbred horse<br>Not worth pursuing as expenses and costs of sale would exceed benefit to estate. | 500.00 | 0.00 | | 0.00 | FA |
| 15 | Checking: Mountain West Bank account ending in 7881<br>TO TFR rather than pursue these funds due to time/bank fees associated with collecting same. | 954.22 | 238.55 | | 0.00 | FA |
| 16 | Checking: Glacier Bank xxx881<br>Per amended Sch C - #58 | 18,583.10 | 7,714.45 | | 7,714.45 | FA |
| 17 | Superior Services, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 18 | A/B/N CC Electric (sole proprietorship), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 19 | IRA: IRA with Cambridge | 13,415.91 | 0.00 | | 0.00 | FA |
| 20 | Preferential Transfer Recovery - Electric Wholesale and Supply<br>$936.90 of these funds garnished from Superior Services, Inc. bank account, and therefore not estate property. Returned $936.90 to Superior Services, Inc. bankruptcy trustee (Case 16-00967), less prorated Sheriff Fee totaling $7.02 ($75 Total Sheriff Fee). | 9,076.08 | 9,076.08 | | 9,937.98 | FA |
| 21 | IRA: IRA with American Funds (u)<br>Per amended schedules - Doc #31 | 7,536.82 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

| Case No.: | 16-00968-TLM | Trustee Name: | (320140) Noah G. Hillen |
|---|---|---|---|
| Case Name: | CHESNUT, CHRISTOPHER M. | Date Filed (f) or Converted (c): | 07/27/2016 (f) |
| | | § 341(a) Meeting Date: | 09/01/2016 |
| For Period Ending: | 12/18/2017 | Claims Bar Date: | 12/01/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | 2015 Tax Refunds (u) | 0.00 | 0.00 | | 580.00 | FA |
| 23 | Retained funds from Zelham (u)<br>Per amended Sch B - #58 | 7,285.55 | 7,285.55 | | 7,285.55 | FA |
| 23 | Assets     Totals     (Excluding unknown values) | $477,055.68 | $35,185.73 | | $42,237.98 | $0.00 |

**Major Activities Affecting Case Closing:**

9-4-17 - Received additional $1,000 of nonexempt funds from Debtor.  To submit TFR.
6-6-17 rcvd taxes EXTENSION notice
6-2-17 mailed final tax return request ltr
3-16-17 - Debtor to amend schedules in response to object to claim of exemption as to non-exempt bank funds.  Received $8,000 of same.
11-28-16 - Received auction sale proceeds.
11-4-16 - Received 2015 federal tax refund.
10-15-16 - Debtor to turn over snowmobile, motorbikes, and trailer for sale at auction.
10-12-16 - Purchase offer to debtor for equity in snowmobile, 2 motorbikes and trailer - $10k, plus demand for non-exempt bank acct funds; cc atty.
9-2-16 - Chapter 7 Trustee for Superior Services (16-00967) indicates that some of the levied funds may have been from a Superior Services bank account, and could be her estate's property.  To obtain civil receipt from Sheriff and investigate.
8-12-16 - Received $9,937.98 from prepetition levy of bank account from creditor Electrical Wholesale and Supply.
8-2-16 - Trustee investigating prepetition levy of bank account and potential preferential transfer claim.  Debtor's Schedules and SOFA not due until 8-10-16.

| Initial Projected Date Of Final Report (TFR): | 07/15/2017 | Current Projected Date Of Final Report (TFR): | 09/07/2017 (Actual) |
|---|---|---|---|

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-00968-TLM | Trustee Name: | Noah G. Hillen (320140) |
|---|---|---|---|
| Case Name: | CHESNUT, CHRISTOPHER M. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5218 | Account #: | ******9900 Checking |
| For Period Ending: | 12/18/2017 | Blanket Bond (per case limit): | $63,926,457.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/12/2016 | {20} | Hokins, Roden, Corckett Hansen & Hoopes, PLLC | Funds levied prepetition by Electrical Wholesale and Supply from Debtor's bank account. | 1141-000 | 9,937.00 | | 9,937.00 |
| 08/31/2016 | {20} | Hokins, Roden, Corckett Hansen & Hoopes, PLLC | Funds levied prepetition by Electrical Wholesale and Supply from Debtor's bank account. | 1141-000 | 0.98 | | 9,937.98 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 9,927.98 |
| 09/23/2016 | 101 | Janine Reynard, Trustee for #16-00967-TLM | $936.90 garnished from Superior Services, Inc. bank account, less prorated Sheriff Fee totaling $7.02 | 8500-002 | | 929.88 | 8,998.10 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.23 | 8,983.87 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.67 | 8,971.20 |
| 11/04/2016 | {22} | US Treasury | 2015 Federal Tax Refund | 1224-000 | 580.00 | | 9,551.20 |
| 11/28/2016 | | Corbett Auctions & Appraisals, Inc. | Auction sale proceeds for 2014 snowmobile, 2011 Kawasaki, 2010 Yamaha, and 2004 Aruba RV. | | 13,340.00 | | 22,891.20 |

{} Asset Reference(s)       UST Form 101-7-TDR ( 10 /1/2010)                                     ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-00968-TLM | Trustee Name: | Noah G. Hillen (320140) |
|---|---|---|---|
| Case Name: | CHESNUT, CHRISTOPHER M. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5218 | Account #: | ******9900 Checking |
| For Period Ending: | 12/18/2017 | Blanket Bond (per case limit): | $63,926,457.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {5} | Corbett Auctions & Appraisals, Inc. | Gross proceeds from sale of snowmobile at auction $4,620.00 | 1129-000 | | | 22,891.20 |
| | {7} | Corbett Auctions & Appraisals, Inc. | Gross proceeds from sale of motorcycle at auction $2,090.00 | 1129-000 | | | 22,891.20 |
| | {6} | Corbett Auctions & Appraisals, Inc. | Gross proceeds from sale of motorcycle at auction $2,420.00 | 1129-000 | | | 22,891.20 |
| | {8} | Corbett Auctions & Appraisals, Inc. | Gross proceeds from sale of trailer at auction $7,590.00 | 1129-000 | | | 22,891.20 |
| | | Corbett Auctions & Appraisals, Inc. | Auctioneer's Fees -$3,040.00 | 3610-000 | | | 22,891.20 |
| | | Corbett Auctions & Appraisals, Inc. | Auctioneer's Expenses -$340.00 | 3620-000 | | | 22,891.20 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| | | | | | | Page: 3 |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-00968-TLM | | Trustee Name: | Noah G. Hillen (320140) |
|---|---|---|---|---|
| Case Name: | CHESNUT, CHRISTOPHER M. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5218 | | Account #: | ******9900 Checking |
| For Period Ending: | 12/18/2017 | | Blanket Bond (per case limit): | $63,926,457.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.00 | 22,876.20 |
| 12/01/2016 | 102 | Farm Bureau Finance Company | Payoff for 2014 Arctic Cat snowmobile | 4210-000 | | 3,060.06 | 19,816.14 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.73 | 19,786.41 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.35 | 19,756.06 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.52 | 19,729.54 |
| 03/16/2017 | | Christopher Chesnut | Non-exempt bank funds. | | 8,000.00 | | 27,729.54 |
| | {16} | | non-exempt funds $7,714.45 | 1129-000 | | | 27,729.54 |
| | {23} | | non-exempt funds $285.55 | 1229-000 | | | 27,729.54 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.69 | 27,694.85 |
| 04/03/2017 | {23} | CC Electric | Non-exempt bank funds. | 1229-000 | 2,000.00 | | 29,694.85 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.48 | 29,655.37 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| | | | | | | Page: 4 |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-00968-TLM | Trustee Name: | Noah G. Hillen (320140) |
|---|---|---|---|
| Case Name: | CHESNUT, CHRISTOPHER M. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5218 | Account #: | ******9900 Checking |
| For Period Ending: | 12/18/2017 | Blanket Bond (per case limit): | $63,926,457.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/03/2017 | {23} | CC Electric | Bank account funds | 1229-000 | 2,000.00 | | 31,655.37 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 49.50 | 31,605.87 |
| 06/05/2017 | {23} | Christopher Chesnut | Non-exempt bank funds Non-exempt bank funds | 1229-000 | 2,000.00 | | 33,605.87 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 47.76 | 33,558.11 |
| 07/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 46.65 | 33,511.46 |
| 08/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.02 | 33,458.44 |
| 09/05/2017 | {23} | Christopher Chesnut | Zelham retainage funds | 1229-000 | 1,000.00 | | 34,458.44 |
| 11/08/2017 | 103 | Noah G. Hillen | Combined trustee compensation & expense dividend payments. | | | 4,985.60 | 29,472.84 |
| | | | Claims Distribution - Thu, 09-07-2017 $4,880.81 | 2100-000 | | | 29,472.84 |
| | | | Claims Distribution - Thu, 09-07-2017 $104.79 | 2200-000 | | | 29,472.84 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

| | | | Exhibit 9 |
|---|---|---|---|
| | Form 2 | | Page: 5 |

## Cash Receipts And Disbursements Record

| Case No.: | 16-00968-TLM | Trustee Name: | Noah G. Hillen (320140) |
|---|---|---|---|
| Case Name: | CHESNUT, CHRISTOPHER M. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5218 | Account #: | ******9900 Checking |
| For Period Ending: | 12/18/2017 | Blanket Bond (per case limit): | $63,926,457.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/08/2017 | 104 | State of Idaho Dept of Health & WelfareChild Support Services | 16-00968 CHRISTOPHER M CHESNUT 2 100.00% $51.52 | 5100-000 | | 51.52 | 29,421.32 |
| 11/08/2017 | 105 | Internal Revenue Service | 16-00968 CHRISTOPHER M CHESNUT 5-2 100.00% $6,106.44 | 5800-000 | | 6,106.44 | 23,314.88 |
| 11/08/2017 | 106 | Idaho State Tax Commission | 16-00968 CHRISTOPHER M CHESNUT 10P 100.00% $315.80 | 5800-000 | | 315.80 | 22,999.08 |
| 11/08/2017 | 107 | Electrical Wholesale Supply Co., Incc/o Gregory L. Crockett | 16-00968 CHRISTOPHER M CHESNUT 1 13.24% $1,297.44 | 7100-000 | | 1,297.44 | 21,701.64 |
| 11/08/2017 | 108 | Interstate Electric Supply Attn: Tim Young | 16-00968 CHRISTOPHER M CHESNUT 3 13.24% $687.32 | 7100-000 | | 687.32 | 21,014.32 |
| 11/08/2017 | 109 | Japheth, LLC c/o Beth Coonts Hawley Troxell Ennis & Hawley, LLP | 16-00968 CHRISTOPHER M CHESNUT 6 13.24% $18,831.10 | 7100-000 | | 18,831.10 | 2,183.22 |
| 11/08/2017 | 110 | Department Store National Bank | 16-00968 CHRISTOPHER M CHESNUT 7 13.24% $113.74 | 7100-000 | | 113.74 | 2,069.48 |
| 11/08/2017 | 111 | Idaho Central Credit Union | 16-00968 CHRISTOPHER M CHESNUT 9 13.24% $2,069.48 | 7100-000 | | 2,069.48 | 0.00 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-00968-TLM | Trustee Name: | Noah G. Hillen (320140) |
|---|---|---|---|
| Case Name: | CHESNUT, CHRISTOPHER M. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5218 | Account #: | ******9900 Checking |
| For Period Ending: | 12/18/2017 | Blanket Bond (per case limit): | $63,926,457.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 38,857.98 | 38,857.98 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 38,857.98 | 38,857.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $38,857.98 | $38,857.98 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

| | Exhibit 9 |
|---|---|
| **Form 2** | Page: 7 |

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-00968-TLM | **Trustee Name:** | Noah G. Hillen (320140) |
| **Case Name:** | CHESNUT, CHRISTOPHER M. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5218 | **Account #:** | ******9900 Checking |
| **For Period Ending:** | 12/18/2017 | **Blanket Bond (per case limit):** | $63,926,457.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9900 Checking | $38,857.98 | $38,857.98 | $0.00 |
| | **$38,857.98** | **$38,857.98** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**