# Notice Recipients

District/Off: 0976–1         User: arutter              Date Created: 1/24/2018
Case: 16–00968–TLM           Form ID: odaptrsp          Total: 3

**Recipients of Notice of Electronic Filing:**
ust         US Trustee          ustp.region18.bs.ecf@usdoj.gov
aty         Jeffrey Philip Kaufman       jeffrey@dbclarklaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Christopher M Chesnut        5305 W. Demison Ct.        Eagle, ID 83616

TOTAL: 1